# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>James Russell Norris</u>     Case Number: <u>2:11-00002-20</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>July 11, 2012</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, Hydrocodone, and Alprazolam</u>

Original Sentence: <u>35 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised release</u>     Date Supervision Commenced: <u>March 7, 2014</u>

Assistant U.S. Attorney: <u>None Assigned</u>     Defense Attorney: <u>Lawrence Arnkoff</u>

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___ day of April, 2014,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Britton Shelton
U.S. Probation Officer

Place     Nashville, TN

Date     April 2, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On March 25, 2014, Mr. Norris was given a random drug test that was positive for methamphetamine. When questioned by the probation officer, Mr. Norris adamantly denied using any illegal substance. The urine sample was confirmed by the laboratory to be positive for methamphetamine.

### Compliance with Supervision Conditions and Prior Interventions:
James Norris lives alone in Jamestown, Tennessee, and is currently unemployed. He was receiving disability benefits prior to his period of incarceration and has reportedly applied to have the benefits reinstated. Mr. Norris began his three-year term of supervised release on March 7, 2014, and his supervision is due to expire on March 6, 2017.

Upon his release from custody, Mr. Norris was referred to Plateau Mental Health for a substance abuse assessment and intake. The results of that assessment have yet to be received by the probation office.

On March 31, 2014, when the positive drug test results were received from the testing laboratory, Mr. Norris was contacted by telephone and informed of the results. While he still did not admit to using any illegal substances, he did agree to call the treatment provider who assessed his substance abuse needs and initiate treatment. Mr. Norris called the probation officer back, the same day, and reported he made an appointment to start outpatient treatment on the afternoon of April 1, 2014. The probation officer warned Mr. Norris of the possible ramifications, legally and personally, of a return to the use of illegal substances. Mr. Norris stated he understood. He has a significant substance abuse history and his ability to refrain from illegal drug use is paramount to his success on supervised release.

### U.S. Probation Officer Recommendation:
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Norris remain on supervised release, actively participate in outpatient substance abuse treatment, and not incur any future violations. The United States Attorney's office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _/s/ Jim Perdue_  
Jim Perdue  
Deputy Chief U.S. Probation Officer