PROB 12A
(Revised 05/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>James Russell Norris</u>     Case Number: <u>2:11-00002-20</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>July 11, 2012</u>

Original Offense(s): <u>21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, Hydrocodone, and Alprazolam</u>

Original Sentence: <u>35 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>March 7, 2014</u>

Assistant U.S. Attorney: <u>None Assigned</u>     Defense Attorney: <u>Lawrence Arnkoff</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 8th day of May, 2014,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Brad Bartels
U.S. Probation Officer

Place      Cookeville, TN

Date       May 5, 2014

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On April 22, 2014, Mr. Norris was given a random drug test that was positive for methamphetamine. When questioned by the probation officer, Mr. Norris denied using any illegal substance, and was unsure why he would fail the drug tests. The urine sample was confirmed by the laboratory to be positive for methamphetamine.

**Compliance with Supervision Conditions and Prior Interventions:**
James Norris is currently unemployed and lives with his brother in Jamestown, Tennessee. He was receiving disability benefits prior to his period of incarceration and has reportedly applied to have the benefits reinstated. Mr. Norris began his three-year term of supervised release on March 7, 2014, and his supervision is due to expire on March 6, 2017. Mr. Norris was referred to Cumberland Mountain Mental Health in Crossville, Tennessee, for a substance abuse assessment and any recommended treatment. Mr. Norris was not originally recommended for treatment, but after his first positive drug test, it was recommended Mr. Norris participate in substance abuse treatment once per month.

On April 2, 2014, a report was submitted to the court regarding a positive drug test on March 25, 2014. The probation officer warned Mr. Norris of the possible ramifications, legally and personally, of a return to the use of illegal substances. Mr. Norris was instructed to not use any illegal drugs and to actively participate in substance abuse treatment.

On April 8, 2014, Mr. Norris was given a drug test that was negative for all drugs tested. On April 21, 2014, Mr. Norris failed to report for a random drug test. The probation officer called Mr. Norris and told him to report to the Cookeville office on April 22, 2014.

After the positive drug test on April 22, 2014, Mr. Norris again denied using any illegal substances. Mr. Norris said he was unsure why he tested positive for methamphetamine. The probation officer discussed increasing substance abuse treatment with Mr. Norris. The probation officer reiterated the importance for Mr. Norris to remain drug free and encouraged him to make better decisions.

On April 30, 2014, the probation officer conducted a drug test at Mr. Norris' residence, and he was negative for all drugs tested. The probation officer praised Mr. Norris for abstaining from illegal substances, but also discussed increasing Mr. Norris' substance abuse treatment to ensure he remained drug free. Mr. Norris agreed to participate in the extra treatment stating he could use the help. Mr. Norris finally admitted to using methamphetamine causing him to test positive on April 2, 2014, but continued to deny new use prior to his second positive test on April 21, 2014. As a result of Mr. Norris' drug use, his substance abuse treatment was increased to twice per month. The probation officer took into consideration Mr. Norris' lack of reliable transportation and did not request additional treatment beyond twice monthly. Mr. Norris was told new drug use could possibly result in admission to an inpatient substance abuse treatment program.

## U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Norris remain on supervised release, actively participate in increased outpatient substance abuse treatment, and not incur any future violations. The United States Attorney's office has been advised of this noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer