IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

> **Motion GRANTED.**
> Hearing reset for 10/27/14 at 2:00 p.m.
> *[signature]*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 2:11-00002 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| JAMES RUSSELL NORRIS | ) | |

### AGREED MOTION TO CONTINUE REVOCATION HEARING

Defendant James Norris respectfully moves the Court to continue the revocation hearing set for September 29, 2014, by approximately 30 days. On September 8, 2014, he completed an inpatient drug program and reported on a summons regarding the pending revocation petition that mainly charges Mr. Norris with having used drugs prior to entering the drug program. Since that date, he has complied with all conditions of supervision. Undersigned counsel has communicated with AUSA Harold B. McDonough, Jr. and USPO Brad Bartels, and all parties have agreed to request a continuance of 30 days so Mr. Norris' progress can be monitored.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for James R. Norris

### CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2014, I electronically filed the foregoing Motion to Continue Revocation Hearing with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Harold B. McDonough, Jr., Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/ *Michael C. Holley*
Michael C. Holley